United States District Court
Southern District of Texas
**ENTERED**
July 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAYSON  CRAWFORD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-135 |
| | § | |
| SOUTHWEST AIRLINES CO. BOARD | § | |
| OF TRUSTEES, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT SOUTHWEST AIRLINES CO. BOARD OF TRUSTEES

Plaintiff JAYSON CRAWFORD has filed a "Notice of Dismissal Without Prejudice of Defendant Southwest Airlines Co. Board of Trustees" (Dkt. 8), giving notice of the dismissal of his claims under to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that the claims asserted by Plaintiff JAYSON CRAWFORD against  Defendant Southwest Airlines Co. Board of Trustees in this action are **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Galveston, Texas, this 18th day of July, 2016.

George C. Hanks Jr.
United States District Judge