United States District Court
Southern District of Texas
**ENTERED**
August 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JAYSON CRAWFORD, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:16-CV-135 |
| § | |
| SOUTHWEST AIRLINES CO. BOARD § | |
| OF TRUSTEES, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court has considered Defendants' Motion to Transfer Venue to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a). (Dkt. 6). After considering Defendants' Motion and the fact that it is not opposed by Plaintiff, the Court is of the opinion that Defendants' Motion to Transfer Venue should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Transfer Venue to the United States District Court for the Northern District of Texas is **GRANTED** and this action is transferred to the Northern District of Texas, Dallas Division.

SIGNED at Galveston, Texas, this 17th day of August, 2016.

_____
George C. Hanks Jr.
United States District Judge